■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONNEY STOKES, Appellant. [680 NYS2d 840] —Judgment, Supreme Court, New York County (Bruce Allen, J.), rendered

April 17, 1997, convicting defendant, after a jury trial, of grand larceny in the fourth degree, and sentencing him, as a second felony offender, to a term of 2 to 4 years, unanimously affirmed.

The victim of the crime was a Georgia resident who was in Nevada at the time of trial. If there were error in the court's admission into evidence of the complainant's testimony from the first trial (*see*, CPL 670.10 [1]), it was harmless since, in the context of the issues presented, the complainant's testimony was cumulative (*see*, *People v Maher*, 89 NY2d 456, 462-463). Concur—Rosenberger, J. P., Nardelli, Wallach and Rubin, JJ.